STATE OF NEW JERSEY v. RICHARD JACKSON.

May 6, 1975. Petition for certification denied.

PETER IACULO v. THE TOWN OF BELLEVILLE.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID W. McGRATH.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES X. BRANCH.

May 6, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. FRANK W. LUCAS.

May 6, 1975. Petition for certification denied.

RELIABLE WATER COMPANY v. THE MONROE
TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

May 6, 1975. Petition of Monroe Township Municipal
Utilities Authority for certification denied.

RELIABLE WATER COMPANY v. THE MONROE
TOWNSHIP MUNICIPAL UTILITIES AUTHORITY.

May 6, 1975. Petition of Reliable Water Company for
certification denied.